# THE MARKS LAW FIRM, P.C.

November 12, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2019

**Filed via ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

RE: Himelda Mendez v. Jankossen Contemporary Art Gallery LLC
Index: 19-cv-08467-LGS

## REQUEST FOR ADJOURNMENT

Dear Judge Schofield,

Plaintiff respectfully requests a thirty (30) day adjournment of the Initial Conference for the above referenced matter currently scheduled for November 21, 2019.

Defendant Jankossen Contemporary Art Gallery LLC was served through the Secretary of State on 9/30/2019. As of today, Defendant has not contacted Plaintiff, appeared, answered or otherwise moved. Plaintiff requests time to make additional attempts to contact Defendant and for Defendant to appear, answer or otherwise move. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Regards,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

Application GRANTED in part and DENIED in part.

The initial conference set for November 21, 2019, at 10:30 A.M. is adjourned to December 5, 2019, at 10:30 A.M.

The time for Defendant to answer or otherwise respond was October 21, 2019. Plaintiff shall file default judgment materials by November 28, 2019, if Defendant is not available.

Dated: November 13, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com