```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
HIMELDA MENDEZ,                                               :
                                          Plaintiff,          :
                                                              :      19 Civ. 8467 (LGS)
              -against-                                       :
                                                              :      ORDER
JANKOSSEN CONTEMPORARY ART                                    :
GALLERY LLC,                                                  :
                                          Defendants.         :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS on December 3, 2019, the Court ordered Defendant to show cause on December 19, 2019, at 10:30 A.M. Dkt No. 16;

WHEREAS, Plaintiff has not filed on the docket evidence of service of the show cause order on Defendant. It is hereby

**ORDERED** that, by December 18, 2019, at 3:00 P.M., Plaintiff shall file an affidavit on the docket proving service of the show cause order on Defendant. If Plaintiff does not establish proof of service of the show cause order, then the show cause hearing will be adjourned.

Dated: December 17, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE